UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ANDREW SCHLESINGER                                    CIVIL ACTION

VERSUS                                                NO. 13-6249

C & A MANAGEMENT, LLC                                 SECTION "B"(5)


                              ORDER

   Considering the foregoing "Joint Motion to Approve Consent Decree and Enter Final Order of Dismissal" (Rec. Doc. 33),

   **IT IS ORDERED** that the Motion is **GRANTED;** the Court hereby **APPROVES** the parties' proposed Consent Decree (Rec. Doc. 33-1) and this action is **DISMISSED WITH PREJUDICE,** the Court retaining jurisdiction to enforce, for a reasonable period of time, the terms of said Consent Decree. All pending Motions are **DISMISSED AS MOOT** and the case is hereby closed.

   New Orleans, Louisiana, this 9th day of July, 2014.


                                         _____
                                         UNITED STATES DISTRICT JUDGE